RUSS AUGUST & KABAT
Brian D. Ledahl (CA SB No. 186579)
Paul A. Kroeger (CA SB No. 229074)
Neil A. Rubin (CA SB No. 250761)
Jacob R. Buczko (CA SB No. 269408)
Minna Y. Chan (CA SB No. 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
bledahl@raklaw.com
prkoeger@raklaw.com
nrubin@raklaw.com
jbuczko@raklaw.com
mchan@raklaw.com

*Attorneys for Plaintiff Document Security Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., | Case. No. 2:19-cv-08141 GW (AGRx) |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 50)** |
| v. | |
| CREE, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |
| CREE, INC.     Counterclaimant, | |
| v. | |
| DOCUMENT SECURITY SYSTEMS, INC, | |
| Counter-Defendant | |

Plaintiff/Counterclaim-Defendant Document Security Systems, Inc. ("DSS" or "Counterclaim Defendant") hereby responds to the Court's Order to Show Cause (Dkt. No. 50) and supplements Defendant's Response to Order to Cause (Dkt. No. 51), as follows:

As correctly pointed out in Defendant's Response, the Pending IPR Proceedings have not reached "final resolution" within the meaning of the Court's Order staying the case (Dkt. No. 49). DSS's time to appeal to the Federal Circuit from the denial of its Petition for Director Review runs through and including December 17, 2021. For this reason, dismissal of this case for failure to prosecute would not be appropriate.

At this time, DSS is still considering whether or not to file a notice of appeal. DSS requests that the Court vacate the Order to Show Cause and that the parties file a further joint status report within thirty days of the earlier of either: (1) the expiration of DSS's time to appeal without a notice of appeal being filed; or (2) final resolution of any appeal to the Federal Circuit.

Dated:  December 15, 2021          By:   */s/ Brian Ledahl*

RUSS AUGUST & KABAT
Brian D. Ledahl (CA SB No. 186579)
Paul A. Kroeger (CA SB No. 229074)
Neil A. Rubin (CA SB No. 250761)
Jacob R. Buczko (CA SB No. 269408)
Minna Y. Chan (CA SB No. 305941)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: bledahl@raklaw.com
Email: pkroeger@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: jbuczko@raklaw.com
Email: mchan@raklaw.com

Attorneys for Plaintiff,
*Document Security Systems, Inc.*

1

## CERTIFICATE OF SERVICE

2       The undersigned certifies that the foregoing document was filed electronically in

3  compliance with Local Rule CV-5(a). As such, this document was served on all counsel

4  who have consented to electronic service on the date of filing.

5

6

7

DATED: December 15, 2021     By:   */s/ Brian D. Ledahl*

8                             Brian D. Ledahl

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28