JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CREE, INC.<br><br>Defendant. | Case No. 2:19-cv-08141 GW (AGRx)<br><br>Hon. George H. Wu<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

The Court, having considered the Joint Stipulation For Dismissal With Prejudice entered into by and between Plaintiff Document Security Systems, Inc. and Defendant Cree, Inc., and for good cause being shown, HEREBY ORDERS that:

1. Plaintiff's claims for relief against Cree shall be dismissed with prejudice;

2. Cree's claims, defenses or counterclaims for relief against Plaintiff shall be dismissed without prejudice; and

3. All attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated this __3rd__ day of __January__, 2022 ~~2021~~.

_George H. Wu_
THE HONORABLE GEORGE H. WU

QUARLES & BRADY LLP
ATTORNEYS AT LAW

Case No. 2:19-cv-08141